IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERTA YUHRE, | ) | |
| | ) | |
| Plaintiff, | ) | 2:09-cv-02369-GEB-JFM |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JP MORGAN CHASE BANK FKA | ) | |
| WASHINGTON MUTUAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On September 29, 2009, JP Morgan Chase FKA Washington Mutual and Mortgage Electronic Registration Systems filed a motion to dismiss Plaintiff's complaint. (Docket No. 9.)  On October 23, 2009, however, Plaintiff filed a first amended complaint, which is now the operative pleading.  See Hal Roach Studios, Inc., v. Richard Feiner and Co., Inc., 896 F.2d 1542, 1546 (9th Cir. 1989)(stating an amended complaint supercedes the prior complaint).  Since the pending motion to dismiss does not address the operative pleading, it is denied as moot.

Dated:  October 27, 2009

GARLAND E. BURRELL, JR.
United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28