IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERTA YUHRE,                          )
                                        )
        Plaintiff,                   )   2:09-cv-02369-GEB-JFM
                                        )
    v.                                  )   ORDER
                                        )
JP MORGAN CHASE BANK FKA                )
WASHINGTON MUTUAL, AMERICAN             )
MORTGAGE NETWORK, INC,; MORTGAGE        )
ELECTRONIC REGISTRATION SYSTEMS,        )
INC.; KEVIN R. COOPER DBA FUNDING;      )
KEVIN R. COOPER; NORMAN J.              )
SCHRIEVER and DOES 1-20, inclusive,     )
                                        )
        Defendants.                  )
_____)

     On October 9, 2009, American Mortgage Network, Inc. filed a motion to dismiss Plaintiff's complaint. (Docket No. 11.) On October 23, 2009, however, Plaintiff filed a first amended complaint, which is now the operative pleading. See Hal Roach Studios, Inc., v. Richard Feiner and Co., Inc., 896 F.2d 1542, 1546 (9th Cir. 1989)(stating an amended complaint supercedes the prior complaint). Since the pending motion to dismiss does not address the operative pleading, it is denied as moot.

Dated:  November 10, 2009

                                      _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge